| | | | |
|---|---|---|---|
| In re Goodwin; Appeal of Goodwin . . . . . | 1124 WDA 2015 Affirmed | 09/28/2016 | No. 18–OC–2014 (Fayette) |
| U.S. Bank National Assoc. v. Schraven [30] | 1153 WDA 2015 Appeal dismissed | 09/28/2016 | MG–09–001176 (Allegheny) |
| Com. v. Shaffer . . . . . . . . . . . . . . . . . . . . . | 1713 WDA 2015 Affirmed | 09/28/2016 | CP–61–CR–0000153–2014 (Venango) |
| Com. v. Gantz . . . . . . . . . . . . . . . . . . . . . | 1728 WDA 2015 Affirmed | 09/28/2016 | CP–62–CR–0000313–2005 (Warren) |
| Grable v. Phillips . . . . . . . . . . . . . . . . . . | 1863 WDA 2015 Vacated and Remanded | 09/28/2016 | 2012–2165 (Washington) |
| Dopico v. Leone . . . . . . . . . . . . . . . . . . . . | 42 WDA 2016 Affirmed | 09/28/2016 | Case no. FD–06–3722–004 (Allegheny) |
| Com. v. Brown . . . . . . . . . . . . . . . . . . . . . | 104 EDA 2016 Affirmed | 09/29/2016 | CP–09–CR–0003049–2015 (Bucks) |
| Com. v. Lane [31] . . . . . . . . . . . . . . . . . . . . | 1232 MDA 2015 Affirmed | 09/29/2016 | CP–66–CR–0000436–2014 (Wyoming) |
| Com. v. Camacho–Rodriguez. . . . . . . . . . | 1712 MDA 2015 Affirmed | 09/29/2016 | CP–67–CR–0006998–2012 (York) |
| Com. v. Fatta . . . . . . . . . . . . . . . . . . . . . . . | 2026 MDA 2015 Vacated and Remanded | 09/29/2016 | CP–36–CR–0000169–2015 (Lancaster) |
| Com. v. Schaeffer . . . . . . . . . . . . . . . . . . . | 1789 WDA 2015 Affirmed | 09/29/2016 | CP–25–CR–0003390–2007 (Erie) |
| Com. v. Monroe. . . . . . . . . . . . . . . . . . . . . | 1853 WDA 2015 Affirmed Application to Withdraw as Counsel Granted | 09/29/2016 | CP–02–CR–0009499–2014 (Allegheny) |
| Com. v. Comrie . . . . . . . . . . . . . . . . . . . . . | 1942 WDA 2015 Affirmed | 09/29/2016 | CP–17–CR–0000134–2002 (Clearfield) |
| Com. v. Starry . . . . . . . . . . . . . . . . . . . . . | 2028 WDA 2015 Reversed and Remanded | 09/29/2016 | CP–65–CR–0001154–2014 (Westmoreland) |
| Com. v. Peterson . . . . . . . . . . . . . . . . . . . . | 141 WDA 2016 Appeal dismissed | 09/29/2016 | CP–20–MD–0000925–1992 (Crawford) |
| Com. v. Peterson . . . . . . . . . . . . . . . . . . . . | 181 WDA 2016 Reversed and Remanded | 09/29/2016 | CP–20–MD–0000925–1992 (Crawford) |

30. Petition for reargument denied December 20, 2016.
31. Petition for reargument denied December 9, 2016.